**OWENS–ILLINOIS, INC., Plaintiff-Appellee,**

v.

**DISTRICT 65, RETAIL, WHOLESALE AND DEPARTMENT STORE UNION AFL–CIO, Defendant-Appellant.**

**No. 472, Docket 31698.**

United States Court of Appeals
Second Circuit.

Argued May 2, 1968.

Decided May 2, 1968.

Emanuel Dannett, New York City, Fred E. Fuller, Richard S. Baker, Toledo, Ohio, Jacob Silverman, New York City, Fuller, Seney, Henry & Hodge, Toledo, Ohio, McGoldrick, Dannett, Horowitz &

Golub, New York City, for plaintiff-appellee.

Eugene G. Eisner, New York City, for defendant-appellant.

Before WATERMAN, FRIENDLY and KAUFMAN, Circuit Judges.

PER CURIAM:

We affirm in open court the judgment below upon the opinion of Judge McLean, reported at 276 F.Supp. 740 (S.D.N.Y. 1967).